**Order entered September 22, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00641-CV

## IN RE MELVIN CLARENCE HALL, Relator

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-76851-KV**

## ORDER

Before Justices Molberg, Reichek, and Smith

Based on the Court's opinion of this date, we **DENY** relator's July 23, 2021

petition for writ of mandamus.


/s/     AMANDA L. REICHEK
JUSTICE